UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| JEFFREY A GRESSLEY, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Cause No: 1:10-cv-60-JD |
| | ) |
| DS PRODUCTS INC, | ) |
| | ) |
| Defendant. | ) |

ORDER

On October 4, 2010, the parties filed a joint stipulation to dismiss this case with prejudice, [DE 21]. Having reviewed the stipulation and finding the terms proper, it is **ORDERED** that this case be **DISMISSED WITH PREJUDICE**, pursuant to Fed. R. Civ. P. 41(a)(2).

SO ORDERED.

ENTERED:  October 5, 2010

/s/ JON E. DEGUILIO
Judge
United States District Court